IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.
05 AUG 23 AM 6: 52
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

AARON J. COHN,

    Plaintiff,

VS.                                    NO. 05-2457-MaA

JAMES A. BALOGH AND GARY W. BECKER,
INDIVIDUALLY AND D/B/A BALOGH BECKER,
LTD., DIANA THEOS, COLLECTCORP
CORPORATION, AND CITIBANK (SOUTH
DAKOTA) NA,

    Defendants.

## ORDER OF DISMISSAL

Before the court is plaintiff's motion to dismiss indicating that this matter may be dismissed. It is therefore ORDERED that this case is DISMISSED as to all defendants.

Entered this 22nd day of August, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___8-26-05___

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02457 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Jerry R. Givens
THE COHN LAW FIRM
291 Germantown Bend Cove
Cordova, TN 38018

Honorable Samuel Mays
US DISTRICT COURT