UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ T ⎯⎯ D.C.

05 AUG 31 PM 5: 25

THOMAS A. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

AARON J. COHN,

    Plaintiff,

v.                                                    Cv. No. 05-2457-Ma

JAMES A. BALOGH and GARY W. BECKER,
Individually and d/b/a Balogh Becker,
Ltd., DIANA THEOS, COLLECTCORP
CORPORATION, and CITIBANK (SOUTH
DAKOTA NA,

    Defendants.

## JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed August 26, 2005.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 31, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ⎯⎯ 9-6-05

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02457 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Jerry R. Givens
THE COHN LAW FIRM
291 Germantown Bend Cove
Cordova, TN 38018

Honorable Samuel Mays
US DISTRICT COURT